THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM BARSZYOUK, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 14, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Supreme Court, rendered June 18, 1926, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Francis D. McGarey* and *Joseph S. Boyle* for appellant.

*Charles J. Dodd,* District Attorney (*James I. Cuff* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.